# Landy, Appellant, *v.* Hamilton.

*Negligence—Child—Wagon—Nonsuit.*

In an action to recover damages for personal injuries to a child eight and one-half years old, a nonsuit is properly entered where the evidence shows that the child started to cross a street not at a public crossing, and met a wagon, which drew up to let her pass, and immediately beyond she was struck by defendant's wagon going in the same direction, and there is no evidence of defendant's negligence, except the child's expression that the horse flew past "like a bird."

Argued Jan. 13, 1908. Appeal, No. 8, Jan. T., 1907, by plaintiffs, from order of C. P. No. 2, Phila. Co., June T., 1905, No. 768, refusing to take off nonsuit in case of Dora Landy, by her next friend and father, Morris Landy, and Morris Landy v. Sarah Hamilton. Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Affirmed.

Trespass to recover damages for personal injuries. Before WILTBANK, J.

The opinion of the Supreme Court states the case.

*Error assigned* was the order of court refusing to take off nonsuit.

*Bernard Harris*, for appellants.

*Elias H. White*, for appellee.

PER CURIAM, April 27, 1908:

The plaintiff, a child eight and a half years old, started to cross the street, not at a public crossing, and met a wagon, which drew up to let her pass, and immediately beyond she was struck by the defendant's wagon, going in the same direction. There was no evidence of defendant's negligence except the child's expression that the horse flew past "like a bird." It would be unsafe to base a verdict on anything so indefinite.

Judgment affirmed.